# UNITED STATES DISTRICT COURT

Southern District of New York

Stacey Kirkland a/k/a Zosera Stacey Kirkland,
                                        Plaintiff

V.

Manatt, Phelps & Phillips, LLP and
Kroll, Inc. d/b/a InfoLink Screening Services, Inc.,
                                        Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 3371**

**JUDGE BATTS**

TO: (Name and address of Defendant)

Manatt, Phelps & Phillips, LLP
7 Times Square
New York, NY 10036

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ronald B. McGuire, Esq.
PMB 199 - 511 Avenue of the Americas
New York, New York 10011-8436
201-795-0342

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

_(signature)_

(By) DEPUTY CLERK

DATE  APR 0 4 2008

◈AO 440 (Rev. 8/01) Summons in a Civil Action

| | | |
|---|---|---|
| **RETURN OF SERVICE** | | |
| Service of the Summons and complaint was made by me[(1)] | DATE  4/11/2008 | |
| NAME OF SERVER *(PRINT)*  Raymond Chen | TITLE  Clerk | |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
   7 Times Square, New York, N.Y. 10036, first floor lobby to Eleni Arasiolas who said she was the managing clerk and was authorized to accept service for Manatt, Phelps and Phillips.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL  $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____4/11/2008____    _____
                Date                                Signature of Server

                                    6722 11th Avenue, 3rd Floor, Brooklyn, N.Y.  11219
                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.