# UNITED STATES DISTRICT COURT

Southern     District of     New York

Stacey Kirkland a/k/a Zosera Stacey Kirkland,
                            Plaintiff

V.

Manatt, Phelps & Phillips, LLP and
Kroll, Inc. d/b/a InfoLink Screening Services, Inc.,
                         Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 3371**

**JUDGE BATTS**

TO: (Name and address of Defendant)

     Kroll, Inc.
     900 Third Avenue
     New York, NY 10022

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

     Ronald B. McGuire, Esq.
     PMB 199 - 511 Avenue of the Americas
     New York, New York 10011-8436
     201-795-0342

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

APR 0 4 2008

CLERK                                            DATE

*[signature]*

(By) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE<br>4/11/2008 |
| NAME OF SERVER *(PRINT)*<br>Raymond Chen | TITLE<br>Clerk |

*Check one box below to indicate appropriate method of service*

- ☑ Served personally upon the defendant. Place where served:
  900 Third Avenue, 7th Floor, New York, New York 10022, where Ms. Tenisia Walters, black complexion, 5' 8"", heavy set, black hair, said she was authorized to accept service for Kroll, Inc.

- ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

- ☐ Returned unexecuted:

- ☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL<br>$0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____4/11/2008____    _____
                Date                    *Signature of Server*

6722 11th Avenue, 3rd Floor, Brooklyn, N.Y. 11219
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.