04-29-2008 03:50pm From-LITTLER MENDELSON                              T-648 P 002/002 F-004

BATTS/J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STACEY KIRKLAND a/k/a
ZOSERA STACEY KIRKLAND,

    Plaintiff,

- against -

MANATT, PHELPS and PHILLIPS, LLP; and
KROLL, INC. d/b/a INFOLINK SCREENING
SERVICES, INC.,

    Defendants.

08 CV 3371 (DAB)

**STIPULATION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 30 April 08

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff Stacey Kirkland and Defendant Manatt, Phelps and Phillips, LLP ("Defendant") in the above-captioned action that the time for Defendant to move, answer, or otherwise respond to the Complaint be extended to and including June 6, 2008.

    IT IS FURTHER STIPULATED AND AGREED that facsimile copies of the signatures of the parties' counsel on this stipulation may be treated as originals for all purposes.

    IT IS FURTHER STIPULATED AND AGREED that Defendant will not interpose any defense based on improper, or lack of, service of process.

Dated: April 29, 2008
    New York, New York

_/s/ Ronald B. McGuire_
Ronald B. McGuire (RM 7925)
PMB 199-511 Avenue of the Americas
New York, NY 10011
Telephone: 201.795.0342
Attorney for Plaintiff

SO ORDERED.

Dated: April 30, 2008
    New York, New York

Dated: April 29, 2008
    New York, New York

_/s/ David S. Warner_
David S. Warner (DW 4576)
LITTLER MENDELSON, P.C.
885 Third Avenue, 16th Floor
New York, New York 10022
Telephone: 212.583.9600
Attorneys for Defendant
Manatt, Phelps and Phillips, LLP

_Deborah A. Batts_
United States District Judge