PAMELA QUIGLEY DEVATA, ESQ. (*Pro Hac Vice Admission Pending*)
DEVJANI MISHRA, ESQ. (DM-5322)
ROSEMARY JOYCE, ESQ. (RJ-7383)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York  10018
(212) 218-5500

Attorneys for Defendant Kroll Background America, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STACEY KIRKLAND a/k/a ZOSERA STACEY KIRKLAND,

    Plaintiffs,

v.

MANATT, PHELPS & PHILLIPS, LLP and KROLL, INC. d/b/a INFOLINK SCREENING SERVICES, INC.,

    Defendants.

CIVIL ACTION NO.: 08-CV-3371 (DAB)

**NOTICE OF APPEARANCE**

---

**PLEASE TAKE NOTICE** that Devjani Mishra of the law firm Seyfarth Shaw LLP, 620 Eighth Avenue, New York, New York 10018, hereby enters her appearance as counsel for defendant Kroll Background America, Inc. d/b/a Infolink Screening Services [incorrectly captioned as Kroll, Inc. d/b/a Infolink Screening Services, Inc.] in the above-captioned matter.

NY1 26512187.1

Dated: New York, New York
       May 1, 2008

                              Respectfully submitted,

                              SEYFARTH SHAW LLP

                              By:  s/ Rosemary Joyce
                                  Pamela Quigley Devata
                                    (*Pro Hac Vice Admission Pending*)
                                  Devjani Mishra (DM-5322)
                                  Rosemary Joyce (RJ-7383)
                              620 Eighth Avenue
                              New York, New York 10018
                              (212) 218-5500

                              Attorneys for Defendant Kroll Background
                              America, Inc.

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 1, 2008, I electronically filed the foregoing Notice of Appearance with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

> Ronald B. McGuire, Esq.
> PMB 199-511 Avenue of the Americas
> New York, New York 10011-8436
>
> *Attorneys for Plaintiff*

                                              s/ Rosemary Joyce
                                              Rosemary Joyce (RJ-7383)