UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STACEY KIRKLAND a/k/a ZOSERA STACEY KIRKLAND,

    Plaintiffs,

v.

MANATT, PHELPS & PHILLIPS, LLP and KROLL, INC. d/b/a INFOLINK SCREENING SERVICES, INC.,

    Defendants

CIVIL ACTION NO.: 08-CV-3371 (DAB)

**STIPULATION**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties hereto, that defendant Kroll Background America, Inc. d/b/a Infolink Screening Services' [incorrectly captioned as Kroll, Inc. d/b/a Infolink Screening Services, Inc.] ("Kroll's"), time to answer, move, or otherwise respond to the Verified Complaint shall be extended, from May 1, 2008 to and including May 19, 2008.

IT IS HEREBY FURTHER STIPULATED AND AGREED that Kroll waives any objection to personal jurisdiction for lack of service or ineffective service of process.

Dated: New York, New York
       April 29, 2008

RONALD B. McGUIRE

By _____
   Ronald B. McGuire (RM-7925)
PMB 199 - 511 Avenue of the Americas
New York, New York 10011-8436
(201) 795-0342

Attorney for Plaintiff Stacey Kirkland

SEYFARTH SHAW LLP

By _____
   Pamela Quigley Devata
   (Pro Hac Vice Admission Pending)
   Devjani Mishra (DM-5322)
   Rosemary Joyce (RJ-7383)
620 Eighth Avenue
New York, New York 10018
(212) 218-5500

Attorneys for Defendant Kroll Background America, Inc.

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE