UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STACEY KIRKLAND a/k/a<br>ZOSERA STACEY KIRKLAND,<br><br>　　　　　　　Plaintiff,<br><br>　　-against-<br><br>MANATT, PHELPS AND PHILLIPS, LLP and<br>KROLL, INC. d/b/a INFOLINK SCREENING<br>SERVICES, INC.,<br><br>　　　　　　　Defendants. | 08 CV 3371 (DAB)<br>　　ECF Case<br><br><br>**NOTICE OF APPEARANCE** |

　　　　　　PLEASE TAKE NOTICE that David S. Warner of Littler Mendelson, P.C., 885 Third Avenue, 16th Floor, New York, New York, 10022, hereby appears as counsel for Defendant Manatt, Phelps and Phillips, LLP in the above-captioned matter.

Dated: June 3, 2008
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　David S. Warner ( DW 4576)
　　　　　　　　　　　　　　　　　　　LITTLER MENDELSON, P.C.
　　　　　　　　　　　　　　　　　　　885 Third Avenue, 16th Floor
　　　　　　　　　　　　　　　　　　　New York, NY  10022.4834
　　　　　　　　　　　　　　　　　　　Telephone:  212.583.9600
　　　　　　　　　　　　　　　　　　　Facsimile:  212.832.2719
　　　　　　　　　　　　　　　　　　　Email:  dwarner@littler.com

　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　Manatt, Phelps and Phillips, LLP