UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STACEY KIRKLAND a/k/a<br>ZOSERA STACEY KIRKLAND,<br><br>Plaintiff,<br><br>-against-<br><br>MANATT, PHELPS AND PHILLIPS, LLP and<br>KROLL, INC. d/b/a INFOLINK SCREENING<br>SERVICES, INC.,<br><br>Defendants. | 08 CV 3371 (DAB)<br>ECF Case<br><br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Diana R. Nance of Littler Mendelson, P.C., 885 Third Avenue, 16th Floor, New York, New York, 10022, hereby appears as counsel for Defendant Manatt, Phelps and Phillips, LLP in the above-captioned matter.

Dated: June 3, 2008
      New York, New York

_____
Diana R. Nance ( DN-5823)
LITTLER MENDELSON, P.C.
885 Third Avenue, 16th Floor
New York, NY  10022.4834
Telephone:  212.583.9600
Facsimile:  212.832.2719
Email:  dnance@littler.com

Attorneys for Defendant
Manatt, Phelps and Phillips, LLP