UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STACEY KIRKLAND a/k/a
ZOSERA STACEY KIRKLAND,

        Plaintiff,

 - against -

MANATT, PHELPS and PHILLIPS, LLP; and
KROLL, INC. d/b/a INFOLINK SCREENING
SERVICES, INC.,

        Defendants.

08 CV 3371 (DAB)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff Stacey Kirkland and Defendants Manatt, Phelps and Phillips, LLP and Kroll Background America, Inc. d/b/a Infolink Screening Services (incorrectly captioned as Kroll, Inc. d/b/a Infolink Screening Services, Inc.) (collectively, "Defendants") in the above-captioned action that the time for Defendants to move, answer, or otherwise respond to the Complaint be extended to and including June 23, 2008.

IT IS FURTHER STIPULATED AND AGREED that facsimile copies of the signatures of the parties' counsel on this stipulation may be treated as originals for all purposes.

IT IS FURTHER STIPULATED AND AGREED that Defendants will not interpose any defense based on improper, or lack of, service of process.

Dated: June 2, 2008
      New York, New York

Ronald B. McGuire (RM 7925)
PMB 199-511 Avenue of the Americas
New York, NY 10011
Telephone: 201.795.0342
Attorney for Plaintiff

Dated: June 2, 2008
      New York, New York

David S. Warner (DW 4576)
LITTLER MENDELSON, P.C.
885 Third Avenue, 16th Floor
New York, New York 10022
Telephone: 212.583.9600
Attorneys for Defendant
Manatt, Phelps and Phillips, LLP

Dated: June 2, 2008
       Sacramento, California

*/s/ Pamela Quigley Devata*

Pamela Quigley Devata (*Pro Hac Vice Application Pending*)
SEYFARTH SHAW LLP
131 S. Dearborn Street
Suite 2400
Chicago, IL 60603


Devanji Mishra (DM 5322)
Rosemary Joyce (RJ 7383)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
Telephone: 212.218.5500
Attorneys for Defendant
Kroll Background America, Inc.


**SO ORDERED.**

Dated: June 4, 2008
      New York, New York

*/s/ Deborah A. Batts*
United States District Judge