Botts/J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 16 Jun 08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
STACEY KIRKLAND a/k/a                    :
ZOSERA STACEY KIRKLAND,                  :
            Plaintiff,                   : Docket No.
                                         : 08-CV-3371 (DAB)(JCF)
        -against-                        :
                                         :
MANATT, PHELPS and PHILLIPS, LLP; and    : STIPULATION AND ORDER
KROLL, INC. d/b/a INFOLINK SCREENING     :
SERVICES, INC.,                          :
            Defendants.                  :
                                         :
----------------------------------------x

   IT IS HEREBY STIPULATED, AGREED by Counsel to all parties and ORDERED by the Court that:

   1.   The clerk shall amend the docket sheet of this case to correct the name of Defendant "KROLL, INC. d/b/a/ INFOLINK SCREENING SERVICES, INC." to read "KROLL BACKGROUND SERVICES, INC d/b/a INFOLINK SCREENING SERVICES, INC."

   2.   The caption of this case shall be amended to read:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
STACEY KIRKLAND a/k/a                    :
ZOSERA STACEY KIRKLAND,                  :
            Plaintiff,                   : Docket No.
                                         : 08-CV-3371 (DAB)(JCF)
        -against-                        :
                                         :
MANATT, PHELPS and PHILLIPS, LLP; and    :
KROLL BACKGROUND AMERICA, INC. d/b/a     :
INFOLINK SCREENING SERVICES, INC.,       :
            Defendants.                  :
----------------------------------------x

   3.   Counsel may indicate their assent to this stipulation by facsimile signatures. The parties may execute separate copies of this stipulation.

Dated: New York, New York
       June 9, 2008

_____
Ronald B. McGuire (RM-7925)
RONALD B. McGUIRE, ESQ.
PMB 199
511 Avenue of the Americas
New York, N.Y. 10011-8436
Telephone: 201-795-0342
Email: ronmcguire@att.net
Attorney for Plaintiff

_____
David S. Warner (DW-4576)
LITTLER MENDELSON, P.C.
16th Floor
885 Third Avenue
New York, N.Y. 10022
Telephone: 212-583-9600
Email: dwarner@littler.com
Attorneys for Defendant
Manatt, Phelps and Phillips, LLP

_____
Pamala Quigley Devata (Pro Hac Vice Application Pending)
SEYFARTH SHAW LLP
131 S. Dearborn Street
Suite 2400
Chicago, IL 60603

Devani Mishra (DM-5322)
Rosemary Joyce (RJ-7383)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, N.Y. 10018
Attorneys for Defendant
Kroll Background America, Inc.

SO ORDERED,

_____
Deborah A. Batts
U.S.D.J.