UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STACEY KIRKLAND,<br>         Plaintiff,<br><br>- against -<br><br>MANATT, PHELPS and PHILLIPS, LLP; and KROLL BACKGROUND AMERICA, INC. d/b/a INFOLINK SCREENING SERVICES, INC.,<br>         Defendants. | 08-CV-3371 (DAB) (JCF)<br><br>ECF Case<br><br>**CERTIFICATE OF SERVICE** |

  I hereby certify that on June 23, 2008, Defendant Manatt, Phelps & Phillips, LLP's **NOTICE OF MOTION AND MOTION TO DISMISS OR STAY THE ACTION AND COMPEL ARBITRATION, DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS OR STAY THE ACTION AND COMPEL ARBITRATION,** and the **DECLARATION OF PATRICIA SANJUAN** in support of that motion, and all exhibits attached thereto, were filed with the Clerk of the District Court and served in accordance with the Federal Rules of Civil Procedure and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

    Ronald B. McGuire, Esq.
    Attorney for Plaintiff
    30 Newport Parkway – Suite 2608
    Jersey City, N.J. 07310
    ronmcguire@att.net

    Rosemary Joyce, Esq.
    Attorney for Defendant Kroll Background America, Inc.
    Seyfarth Shaw LLP
    620 Eighth Avenue
    New York, NY 10018
    rjoyce@seyfarth.com

            /s/
          David S. Warner (DW-4576)