DEVJANI MISHRA (DM-5322)
ROSEMARY JOYCE (RJ-7383)
PAMELA QUIGLEY DEVATA (*Pro Hac Vice Admission Pending*)
SEYFARTH SHAW LLP
620 Eighth Avenue, 32nd Floor
New York, New York  10018
(212) 218-5500

Attorneys for Defendant Kroll Background America, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| STACEY KIRKLAND a/k/a ZOSERA STACEY KIRKLAND,<br><br>                              Plaintiff,<br><br>          v.<br><br>MANATT, PHELPS and PHILLIPS, LLP; and KROLL, INC., d/b/a INFOLINK SCREENING SERVICES, INC.<br><br>                              Defendants. | Civil Action No. 08-CV-3371 (DAB)<br><br>**NOTICE OF MOTION<br>TO STAY PROCEEDINGS<br>AND COMPEL ARBITRATION** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      PLEASE TAKE NOTICE that, upon the accompanying Declaration of Pamela Q. Devata in support of this motion, the accompanying memorandum of law, and upon all the prior pleadings and proceedings herein, defendant Kroll Background America, Inc. d/b/a Infolink Screening Services("Kroll") will move this Court, at a date and time to be determined by the Court, before the Honorable Deborah A. Batts, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, for an Order Staying these Proceedings and Compelling Arbitration on all claims in Plaintiff's

Complaint, granting Kroll its costs incurred in making this motion and granting Kroll such other and further relief as the Court may deem just and proper.

Dated: New York, New York
      June 23, 2008

                                  SEYFARTH SHAW LLP

                                  By  s/ Rosemary Joyce
                                      Devjani Mishra (DM-5322)
                                      Rosemary Joyce (RJ-7383)
                                      Pamela Quigley Devata (*Pro Hac Vic*
                                         *Admission Pending*)
                                620 Eighth Avenue, 32nd Floor
                                New York, New York 10018
                                (212) 218-5500

                                Attorneys for Defendant Kroll Background
                                 America, Inc.

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 23, 2008, I electronically filed the foregoing Notice of Motion to Stay Proceedings and Compel Arbitration and accompanying Declaration of Pamela Quigley Devata and Memorandum of Law to be filed with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

> Ronald B. McGuire, Esq.
> PMB 199-511 Avenue of the Americas
> New York, New York 10011-8436
> Attorney for Plaintiff

> David S. Werner
> Littler Mendelson
> 885 Third Avenue
> New York, NY 10022
> Attorney for Manatt, Phelps and Phillips LLP

                                                  s/ Rosemary Joyce
                                                    Rosemary Joyce (RJ-7383)