Devjani Mishra (DM-5322)
Rosemary Joyce (RJ-7383)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5549

Attorney for Defendant Kroll Background America, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| STACEY KIRKLAND a/k/a ZOSERA STACEY KIRKLAND, | Civil Action No. 08-CV-3371 |
| Plaintiff, | **MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |
| v. | |
| MANATT, PHELPS and PHILLIPS, LLP; and KROLL, INC., d/b/a INFOLINK SCREENING SERVICES, INC. | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for theSouthern and Eastern Districts of New York, I, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of Pamela Q. Devata, a member of the firm Seyfarth Shaw LLP, 131 S. Dearborn Street, Chicago, Illinois 60603, (312) 460-5882, fax: (312) 460-7882. Ms. Devata is a member in good standing of the Bar of the State of Illinois. There are no pending disciplinary proceeding against Ms. Devata in any State or Federal court.

NY1 26517603.2

Dated: New York, New York
June 23, 2008

        Respectfully submitted,
        SEYFARTH SHAW LLP

By *[signature]*
        Devjani Mishra (DM-5822)
        Rosemary Joyce (RJ-7383)
620 Eighth Avenue
New York, New York 10018
(212) 218-5549

Attorneys for Defendant Kroll Background
  America, Inc.

NY1 26517603.2

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2008, I caused true and correct copies of the foregoing Motion to Admit Counsel *Pro Hac Vice* and the accompanying Affidavit of Rosemary Joyce in Support of Motion to Admit Counsel *Pro Hac Vice*; proposed Order for Admission *Pro Hac Vice* on Written Motion; and Certificate of Good Standing to be served by First Class, U.S. Mail delivery, postage prepaid, upon the following:

> Michael McGuire
> PMB 199-511 Avenue of the Americans
> New York, NY 10011
> Attorney for Plaintiff
>
> David S. Werner
> Littler Mendelson
> 885 Third Avenue
> New York, NY 10022
> Attorney for Manatt, Phelps and Phillips LLP

_____
Rosemary Joyce (RJ-7383)

NY1 26517603.2

Devjani Mishra (DM-5322)
Rosemary Joyce (RJ-7383)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5549
Attorney for Defendant Kroll Background America, Inc..

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

STACEY KIRKLAND a/k/a ZOSERA STACEY KIRKLAND,

                Plaintiff,

                v.

MANATT, PHELPS and PHILLIPS, LLP; and KROLL, INC., d/b/a INFOLINK SCREENING SERVICES, INC.

                Defendants.

------------------------------------x

Civil Action No. 08-CV-3371

**AFFIDAVIT OF ROSEMARY JOYCE IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

STATE OF NEW YORK  )
                         ) s.s.:
COUNTY OF NEW YORK )

ROSEMARY JOYCE, being duly sworn, deposes and says:

1. I am a member of the Bar of the State of New York and the Bar of this Court, and an associate with the law firm of Seyfarth Shaw LLP, maintaining an office at 620 Eighth Avenue, New York, New York, 10018, counsel for defendant Kroll Background America, Inc ("Kroll"). I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Kroll's motion to admit Pamela Q. Devata as counsel pro hac vice to represent Kroll in this matter.

NY1 26518938.1

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in September 2004. I am also admitted to the bar of the United States District Court for the Southern, Eastern, Northern, and Western Districts of New York, and am in good standing with these Courts.

3. I have known Ms. Devata since September 2003.

4. Ms. Devata is a resident in this firm's Chicago office, located at 131 South Dearborn Street, Suite 2400, Chicago, IL 60603-5577.

5. I have found Ms. Devata to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Kroll wishes that Ms. Devata represent them in this matter.

7. Accordingly, I am pleased to move the admission of Pamela Q. Devata, pro hac vice.

8. I respectfully submit a proposed order granting the admission of Pamela Q. Devata, pro hac vice, which is attached hereto as Exhibit A.

9. Attached as Exhibit B is a Certificate of Good Standing for Ms. Devata from the United States District Court for the Northern District of Illinois.

WHEREFORE it is respectfully requested that the motion to admit Pamela Q. Devata, pro hac vice, to represent Kroll in the above captioned matter, be granted.

Dated: New York, New York
       June 23, 2008

                  _____
                  Rosemary Joyce (RJ-7383)

NY1 26518938.1

Devjani Mishra (DM-5322)
Rosemary Joyce (RJ-7383)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5549
Attorney for Defendant Kroll Background America, Inc..

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x

STACEY KIRKLAND a/k/a ZOSERA STACEY   :    Civil Action No. 08-CV-3371
KIRKLAND,

                             Plaintiff,   :    **ORDER FOR ADMISSION *PRO***
                                         :    ***HAC VICE* ON WRITTEN MOTION**
          v.

MANATT, PHELPS and PHILLIPS, LLP; and
KROLL, INC., d/b/a INFOLINK SCREENING
SERVICES, INC.

                            Defendants.
---------------------------------- x

        Upon the motion of Rosemary Joyce, attorney for Kroll Background America, Inc., and said sponsor attorney's affidavit in support;

        **IT IS HEREBY ORDERED** that

        Pamela Q. Devata, 131 South Dearborn Street, Suite 2400, Chicago, IL 60603, 5577, Telephone: 312-460-5882, fax: 312-460-7882, e-mail address: pdevata@seyfarth.com, is admitted to practice pro hac vice as counsel for in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

NY1 26517606.2

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

------

The Honorable Deborah A. Batts
United States District Judge

# CERTIFICATE OF GOOD STANDING



United States of America

}ss. Pamela Quigley Devata

Northern District of Illinois

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Pamela Quigley Devata was duly admitted to practice in said Court on (12/20/2001) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (06/13/2008 )

Michael W. Dobbins, Clerk,
By: Nadine S. Finley
Deputy Clerk