Devjani Mishra (DM-5322)
Rosemary Joyce (RJ-7383)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5549
Attorney for Defendant Kroll Background America, Inc..



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: July 3, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

STACEY KIRKLAND a/k/a ZOSERA STACEY KIRKLAND,

　　　　　　　　　　　　　　　Plaintiff,

v.

MANATT, PHELPS and PHILLIPS, LLP; and KROLL, INC., d/b/a INFOLINK SCREENING SERVICES, INC.

　　　　　　　　　　　　　　　Defendants.
------------------------------------ x

Civil Action No. 08-CV-3371

**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**

　　　Upon the motion of Rosemary Joyce, attorney for Kroll Background America, Inc., and said sponsor attorney's affidavit in support;

　　　**IT IS HEREBY ORDERED** that

　　　Pamela Q. Devata, 131 South Dearborn Street, Suite 2400, Chicago, IL 60603, 5577, Telephone: 312-460-5882, fax: 312-460-7882, e-mail address: pdevata@seyfarth.com, is admitted to practice pro hac vice as counsel for in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

NY1 26517606.2

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

_____
The Honorable Deborah A. Batts   7/2/08
United States District Judge

2

NY1 26437473.1
NY1 26517606.2