USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
STACEY KIRKLAND a/k/a
ZOSERA STACEY KIRKLAND,
             Plaintiff,

    -against-

MANATT, PHELPS and PHILLIPS, LLP; and
KROLL BACKGROUND AMERICA, INC. d/b/a/
INFOLINK SCREENING SERVICES, INC.,
             Defendants.
------------------------------------------------------x

Docket No.
08-CV-3371 (DAB)(JCF)

**STIPULATION AND ORDER CORRECTING DOCKET**

       IT IS HEREBY STIPULATED, AGREED by Counsel to all parties and ORDERED by the Court that:

    1.   The Clerk shall correct the docket sheet in this case to change the name of the Defendant KROLL BACKGROUND SERVICES, INC. d/b/a/ INFOLINK SCREENING SERVICES, INC. to read "KROLL BACKGROUND AMERICA, INC. d/b/a/ INFOLINK SCREENING SERVICES, INC."

    2.   Counsel may indicate their assent to this stipulation by facsimile signatures transmitted electronically. The parties may execute separate copies of this stipulation.

Dated:  New York, New York
        July ___, 2008

_____
Ronald B. McGuire (RM-7925)
RONALD B. McGUIRE, ESQ.
PMB 199
511 Avenue of the Americas
New York, N.Y. 10011-8436
Telephone: 201-795-0342
Email: ronmcguire@att.net
Attorney for Plaintiff

_____
David S. Warner (DW-4576)
LITTLER MENDELSON, P.C.
16th Floor
885 Third Avenue
New York, N.Y. 10022
Telephone: 212-583-9600
Email: dwarner@littler.com
Attorneys for Defendant
Manatt, Phelps and Phillips, LLP

1 of 2

**SO ORDERED**

_____
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE