BATTS, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x
STACEY KIRKLAND a/k/a                    :
ZOSERA STACEY KIRKLAND,                  :
                    Plaintiff,           : Docket No.
                                         : 08-CV-3371 (DAB)(JCF)
          -against-                      :
                                         :
MANATT, PHELPS and PHILLIPS, LLP; and    : STIPULATION AND ORDER
KROLL BACKGROUND AMERICA, INC. d/b/a/    : SETTING MOTION SCHEDULE
INFOLINK SCREENING SERVICES, INC.,       :
                    Defendants.          :
                                         :
-----------------------------------------x

IT IS HEREBY STIPULATED, AGREED by Counsel to all parties and ORDERED by the Court that:

1. Plaintiffs shall serve any papers opposing the motion by Defendant MANATT, PHELPS AND PHILLIPS, LLP ("MANATT") to Dismiss Or Stay This Action And To Compel Arbitration and the motion by KROLL BACKGROUND AMERICA, INC. d/b/a/ INFOLINK SCREENING SERVICES, INC. ("KROLL") To Stay Proceedings and Compel Arbitration by July 16, 2008.

2. Defendants shall serve any reply papers by July 30, 2008.

3. Counsel may indicate their assent to this stipulation by facsimile signatures transmitted electronically. The parties may execute separate copies of this stipulation.

1 of 2

SO ORDERED

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE