# RONALD B. McGUIRE, ESQ.
*Member of the New York Bar*

---

| | |
|---|---|
| 30 Newport Parkway - Suite 2608 | PHONE: (201) 795-0342 |
| Jersey City, N.J. 07310 | FAX: (201) 795-5571 (not for service) |
| | E-MAIL: ronmcguire@att.net |

July 15, 2008

**BY FEDERAL EXPRESS**
Honorable Deborah A. Batts
United States District Courthouse
Southern District of New York
500 Pearl Street
New York, N.Y. 10007-1312

Re: <u>Kirkland v. Manatt</u>, 08 CV 3371 (DAB)
    Request For Adjournment Of Motion Schedule

Your Honor:

    I am the attorney for the Plaintiff. I write to request a one week adjournment of the briefing schedule for Defendants' motions to compel arbitration and stay or dismiss this lawsuit. This is the first request by any party for an adjournment of the motion schedule set in your scheduling Order of July 10, 2008 (Docket #23) and has been consented to by counsel for all parties.[1]

    I make this request because a personal and professional emergency made it impossible for me to complete Plaintiffs' opposition papers by July 16th, as scheduled.

    Accordingly, I respectfully ask that the Court approve this request to extend the time for Plaintiffs to oppose the motion one week from July 16, 2008 until July 23, 2008 and the time for Defendants to reply from July 30, 2008 until August 6, 2008.

[GRANTED /DAB]

    Thank you for your consideration of this request.

Respectfully yours,

*[signature]*
Ronald B. McGuire (RM 7925)

**SO ORDERED**

*[signature]*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
21 Ju 08

cc: Pamela Quigley Devata, Esq. (by fax)
    David S. Warner, Esq. (by fax)

---

[1] This request has been consented to by David S. Warner, counsel for Defendant Manatt, Phelps and Phillips, LLP and Pamela Quigley Devata, counsel for Defendant Kroll Background America, Inc. d/b/a/ InfoLink Screening Services, Inc.