**RONALD B. McGUIRE, ESQ.**
*Member of the New York Bar*

30 Newport Parkway - Suite 2608
Jersey City, N.J. 07310

PHONE: (201) 795-0342
FAX: (201) 795-5571 (not for service)
E-MAIL: ronmcguire@att.net

July 28, 2008

**BY FEDERAL EXPRESS**
Honorable Deborah A. Batts
United States District Courthouse
Southern District of New York
500 Pearl Street
New York, N.Y. 10007-1312

JUL 2 9 2008

CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

Re: <u>Kirkland v. Manatt</u>, 08 CV 3371 (DAB)
    Request For Adjournment Of Motion Schedule

Your Honor:

I am the attorney for the Plaintiff. I write to request a three day adjournment of the date for serving Plaintiff's papers in opposition to Defendants' motions to compel arbitration and stay or dismiss this lawsuit. Defendants' counsel have consented to this request to adjourn the time for Plaintiffs to file papers opposing the outstanding motions to August 1, 2008 with Defendants' reply papers due on August 18, 2008.[1]

*GRANTED*
*/DAB*

This is Plaintiff's third request for an adjournment of the motion schedule set in your scheduling Orders Dockets #25 and #26. Under those orders Plaintiff's papers were due on July 29, 2008 with Defendants' reply due on August 12, 2008. This adjournment will enable me to complete Plaintiff's memorandum of law which I am presently working on.

Thank you for your consideration of this request to adjourn the date for Plaintiff's opposition papers to August 1, 2008 with Defendants' replies due on August 18, 2008.

Respectfully yours,

Ronald B. McGuire

cc: Pamela Quigley Devata, Esq. (by fax)
    David S. Warner, Esq. (by fax)

**SO ORDERED**

DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
July 30, 2008

---

[1]    This request has been consented to by David S. Warner, counsel for Defendant Manatt, Phelps and Phillips, LLP and Pamela Quigley Devata, counsel for Defendant Kroll Background America, Inc. d/b/a/ InfoLink Screening Services, Inc.