```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x  Docket No.
STACEY KIRKLAND a/k/a                :  08-CV-3371 (DAB)(JCF)
ZOSERA STACEY KIRKLAND,              :
                    Plaintiff,       :  ECF Case
                                     :
         -against-                   :
                                     :  CERTIFICATE OF SERVICE
MANATT, PHELPS and PHILLIPS, LLP; and :
KROLL BACKGROUND AMERICA, INC., d/b/a :
InfoLink SCREENING SERVICES, INC.,   :
                    Defendants.      :
                                     :
-------------------------------------x
```

Ronald B. McGuire of PMB 199-511 Avenue of the Americas, New York, New York 10011-8436, hereby certifies that:

1. On August 5, 2008 I electronically filed Plaintiffs' Memorandum Of Law Opposing Motions To Compel Arbitration And To Dismiss Or Stay dated August 5, 2008 with all the addenda attached thereto and the Declaration of Zosera Stacey Kirkland Opposing Motions To Compel Arbitration And To Dismiss Or Stay dated August 4, 2008 with all the exhibits attached thereto to be filed with the clerk of the District Court using the CM/ECF system, which sent notification of such filing to:

Pamala Quigley Devata, Esq.
Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018
pdevata@seyfarth.com
Attorneys for Defendant Kroll Background America, Inc.

David S. Warner, Esq.
Littler Mendelson
885 Third Avenue
New York, NY 10022
dwarner@littler.com
Attorneys for Defendant Manatt, Phelps and Phillips, LLP

2. On August 6, 2008 at 12:14 A.M. I electronically filed

the Declaration of Ronald B. McGuire Opposing Motions To Compel Arbitration To Dismiss Or Stay dated August 5, 2008 with all the exhibits attached thereto to be filed with the clerk of the District Court using the CM/ECF system, which sent notification of such filing to:

Pamala Quigley Devata, Esq.
Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY  10018
pdevata@seyfarth.com
Attorneys for Defendant Kroll Background America, Inc.

David S. Warner, Esq.
Littler Mendelson
885 Third Avenue
New York, NY 10022
dwarner@littler.com
Attorneys for Defendant Manatt, Phelps and Phillips, LLP

Dated:   New York New York
         August 5, 2008

_____
RONALD B. McGUIRE