```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
STACEY KIRKLAND a/k/a ZOSERA STACEY
KIRKLAND,

                    Plaintiff,

          -against-                        08 Civ. 3371 (DAB)
                                                ORDER
MANATT, PHELPS and PHILLIPS, LLP; and
KROLL BACKGROUND AMERICA, INC., d/b/a
INFOLINK SCREENING SERVICES, INC.

                    Defendants.
------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

The Clerk of the Court is hereby directed to strike from the docket document number 29 entitled "FIRST MEMORANDUM OF LAW in Opposition." Counsel has failed to comply with this Court's Individual Practice Rule II.C which states that, "[u]nless prior permission has been granted, Memoranda of Law in support of and in opposition to motions are limited to 25 pages."

Plaintiff is hereby ORDERED to file a Memorandum of Law in Opposition that complies with this Court's Rules as well as the Local Rules of the Southern District of New York and the Federal Rules of Civil Procedure. Plaintiff shall have until August 22, 2008. There shall be no extensions.

SO ORDERED.

Dated:    New York, New York
          8/15/08

                                        _____
                                        Deborah A. Batts
                                        United States District Judge