USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug. 21, 2008

LITTLER MENDELSON®
A PROFESSIONAL CORPORATION

RECEIVED
AUG 19 2008

David S. Warner
Direct: 212.583.2667
Direct Fax: 646.219.6172
dwarner@littler.com

August 19, 2008

MEMO ENDORSED

VIA MESSENGER

The Honorable Deborah A. Batts
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street, Room 2510
New York, New York 10007

Re:   *Stacey Kirkland v. Manatt, Phelps and Phillips, LLP* et al.
      08 CV 3371 (DAB)

Dear Judge Batts:

My law firm and I represent Defendant Manatt, Phelps & Phillips, LLP in the above-referenced action. Due to the Court's Order of August 15, 2008, I write on behalf of both defendants to request an extension of time for them to submit reply papers in support of their motions to dismiss or stay and compel arbitration (the "Motions"). According to the August 15 Order, Plaintiff must file a new memorandum of law in opposition to the Motions by August 22, 2008, which is the same day the defendants' reply papers are currently due. In light of this and the fact that I will be away on vacation with my family from August 23 to August 30, we respectfully request an extension of the deadline for the defendants to submit their reply papers from August 22 to September 5, 2008.

/DAB/
Granted
08/21/08

All parties' counsel have consented to and join in this request.

Respectfully submitted.

David S. Warner

DSW:mmj

SO ORDERED
Deborah A. Batts
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

cc:   Ronald B. McGuire, Esq. (via fax)
      Pamela Quigley Devata, Esq. (via fax)

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM®
885 Third Avenue, 16th Floor, New York, New York 10022.4834  Tel: 212.583.9600  Fax: 212.832.2719  www.littler.com

ALABAMA
ARIZONA
ARKANSAS
CALIFORNIA
COLORADO
CONNECTICUT
DISTRICT OF COLUMBIA
FLORIDA
GEORGIA
ILLINOIS
INDIANA
MASSACHUSETTS
MINNESOTA
MISSOURI
NEVADA
NEW JERSEY
NEW YORK
NORTH CAROLINA
OHIO
OREGON
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TEXAS
VIRGINIA
WASHINGTON